**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DARRON EASTERLING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:00-CV-1715-CC |
| WORLD CHAMPIONSHIP WRESTLING, INC.,) | |
| TURNER SPORTS, INC. and TURNER ) | |
| BROADCASTING SYSTEM, INC., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' NOTICE OF FILING ORIGINAL AFFIDAVIT

Defendants Universal Wrestling Corporation (f/k/a World Championship Wrestling, Inc.), Turner Sports, Inc. and Turner Broadcasting System, Inc. (collectively "Defendants") hereby serve notice that they are filing herewith in the above-captioned case the following original Affidavit in support of Defendants' Motion for Summary Judgment contemporaneously filed with this Court:

    1.    Affidavit of Joseph Hamilton (attached hereto as Exhibit A).

This 30th day of January, 2003.

_____
JOHN J. DALTON
Georgia Bar No. 203700
JAMES A. LAMBERTH
Georgia Bar No. 431851
ERIC A. RICHARDSON
Georgia Bar No. 233873
EVAN H. PONTZ
Georgia Bar No. 583577

Attorneys for Defendants

TROUTMAN SANDERS LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA  30308-2216
(404) 885-3000 (voice)
(404) 885-3995 (facsimile)

1108086_1.DOC

```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
                     ATLANTA DIVISION
```

| | |
|---|---|
| DARRON EASTERLING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:00-CV-1715-CC |
| WORLD CHAMPIONSHIP WRESTLING, INC.,) | |
| TURNER SPORTS, INC. and TURNER ) | |
| BROADCASTING SYSTEM, INC., ) | |
| ) | |
| Defendants. ) | |

**AFFIDAVIT OF JOSEPH HAMILTON**

JOSEPH HAMILTON, who having personally appeared before the undersigned officer duly authorized to administer oaths and having been first duly sworn according to law, deposes and states the following:

1. My name is Joseph Hamilton. I am of majority age, and I give this testimony of my own free will. I have personal knowledge of and am competent to testify to the facts stated herein. The facts stated herein are true and correct.

2. I first began providing services to Universal Wrestling Corporation (f/k/a World Championship Wrestling, Inc. and hereinafter referred to as "WCW") in 1989 as a member of the creative staff. After working with the organization in various capacities, I eventually became the Director of the Power Plant, WCW's training facility.

3. As part of my duties as Director of the Power Plant, I worked with WCW's professional wrestlers and trainees. At times, members of the creative staff and I would discuss my opinion with respect to wrestling and training talent.

4. Based on my experience in the wrestling industry and at WCW, the creators, producers, bookers and marketers of professional wrestling programming such as WCW's use their better performers with greater frequency in their wrestling programs. Factors considered by the creators, producers, bookers and marketers of these programs in determining who the better wrestlers are include the wrestler's crowd appeal, stage presence, charisma, uniqueness, wrestling ability and physique. In light of these factors, I periodically evaluated wrestlers and trainees at the Power Plant, to determine how well they were progressing.

5. Darron Easterling first became affiliated with WCW in 1997 when he was accepted into the professional wrestling training program at the Power Plant facility. The goal in including Mr. Easterling in the training program was to help him develop the physical skills, charisma, acting ability, stage presence and other characteristics necessary to be a successful wrestler with WCW. Mr. Easterling was invited to train at the

Power Plant because he had good size and possessed an impressive physique.

6. At the end of 1998 and into 1999, WCW began to restructure much of its operations, including the professional wrestling training program located at the Power Plant. WCW transferred its Power Plant facility from its previous location on Carroll Drive, to a new location on Log Cabin Drive, in Smyrna, Georgia. This new establishment was to serve as the training facility for a smaller group of wrestler trainees than the group that had previously been training at the old Power Plant location. Each wrestler selected to train at the new Power Plant facility was to be signed to a trainee independent contractor agreement.

7. To determine which wrestler trainees would receive agreements, I, along with other WCW training officials, spent roughly six to eight weeks evaluating the talent of approximately forty individuals who were then training at the Power Plant. At the end of this evaluation period, WCW conducted "try outs" for all of the wrestler trainees.

8. During this restructuring and the evaluation process at the Power Plant, Mr. Easterling had been training at WCW only about a year. Despite Mr. Easterling's size and physique, he was clumsy and lacked the necessary training, wrestling skills,

1103480_2.DOC

-3-

persona and other attributes necessary to be a successful professional wrestler. WCW concluded that Mr. Easterling did not have the potential to develop these necessary skills.

9. Based on this evaluation of Mr. Easterling, WCW concluded that Mr. Easterling was not as deserving of a training contract as other trainees at the Power Plant and decided not to offer Mr. Easterling a contract to train at the new facility. This decision had nothing to do with Mr. Easterling's race.

FURTHER AFFIANT SAYETH NAUGHT.

This 29TH day of January, 2003.

                                                                 JOSEPH HAMILTON

Sworn to and subscribed
Before me this 29TH day
Of January, 2003.

_____
Notary Public

My Commission Expires:
Notary Public, Hall County, Georgia
My Commission Expires June 29, 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DARRON EASTERLING,            ) | |
|                               ) | |
|         Plaintiff,            ) | |
|                               ) | CIVIL ACTION FILE |
| v.                            ) | |
|                               ) | NO. 1:00-CV-1715-CC |
| WORLD CHAMPIONSHIP WRESTLING, INC.,) | |
| TURNER SPORTS, INC. and TURNER ) | |
| BROADCASTING SYSTEM, INC.,    ) | |
|                               ) | |
|         Defendants.           ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of

*DEFENDANTS' NOTICE OF FILING ORIGINAL AFFIDAVIT* upon the

interested parties by hand delivery to:

>Cary Ichter
>Kelly Jean Beard
>Charles Gernazian
>Michelle M. Rothenberg-Williams
>MEADOWS, ICHTER AND BOWERS, P.C.
>Fourteen Piedmont Center, Suite 1100
>3535 Piedmont Road
>Atlanta, GA 30305

This 30th day of January, 2003.

_____
EVAN H. PONTZ
Georgia Bar No. 583577

TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree Street, N.E.
Suite 5200
Atlanta, GA  30308-2216
(404) 885-3000 (voice)
(404) 885-3995 (facsimile)

1108086_1.DOC