ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DARRON EASTERLING,          )
                            )
              Plaintiff,    )
                            )        CIVIL ACTION FILE
v.                          )
                            )        NO. 1:00-CV-1715-CC
WORLD CHAMPIONSHIP WRESTLING, INC.,)
TURNER SPORTS, INC. and TURNER  )
BROADCASTING SYSTEM, INC.,      )
                            )
              Defendants.   )

## APPENDIX OF DEPOSITION EXCERPTS

INDEX

1.     Deposition of Dewayne E. Bruce

2.     Deposition of Joseph N. Hamilton

3.     Deposition of Darron Easterling



# EXHIBIT / ATTACHMENT

**(To be scanned in place of tab)**

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
 2                       ATLANTA DIVISION
 3   Davis v. World Championship Wrestling, Inc. and Turner
           Sports, Inc., Civ. File No. 1-00-CV-1716-CC;
 4   Saengsiphan v. World Championship Wrestling, Inc. and
           Turner Sports, Inc., Civ. File No. 1-00-CV-1719-CC;
 5   Speight v. World Championship Wrestling, Inc. and
     Turner
 6         Sports, Inc., Civ. File No. 1-00-CV-1718-CC;
     Worthen v. World Championship Wrestling, Inc. and
 7   Turner
           Sports, Inc., Civ. File No. 1-00-CV-1717-CC;
 8   Reeves v. World Championship Wrestling, Inc. and Turner
           Sports, Inc., Civ. File No. 1-00-CV-1720-CC;
 9   Easterling v. World Championship Wrestling, Inc. and
     Turner Sports, Inc., Civ. File No. 1-00-CV-1715-CC;
10   Onoo v. World Championship Wrestling, Inc., and Turner
           Sports, Inc., Civ. File No. 1:00-CV-0368-CC;
11   Norris v. World Championship Wrestling, Inc., and
     Turner
12         Sports, Inc., Civ. File No. 1:00-CV-0369-CC;
     Walker v. World Championship Wrestling, Inc., and
13   Turner
           Sports, Inc., Civ. File No. 1:00-CV-0367-CC;
14   Patterson v. World Championship Wrestling, Inc., Turner
           Sports, Inc. and Turner Entertainment Group, Inc.,
15         Civ. File No. 1:01-CV-1152-CC
16   _____
17              DEPOSITION OF DEWAYNE E. BRUCE
                         NOVEMBER 21, 2002
18
     _____
19
20
21
22
23
24
25            CERTIFIED COURT REPORTERS
```

Page 57

1        A       I think probably Hardbody was a little

2    better -- at that time Hardbody was probably a little

3    better on the mic but Chris, he had more high-flying

4    skills than Hardbody.  As far as mat wrestling, they

5    were probably pretty equal.

6        Q       Okay.  Let's move on to Darron Easterling.

7    You said you trained Darron.  How would you evaluate

8    Darron?

9        A       He was okay.

10       Q       Anything else?

11       A       I think maybe with a little more training

12   he would have been okay, you know.

13       Q       Backing up to Tank Abbott, did they tell

14   you what to do as far as training him?

15       A       They came back and gave me a general idea

16   what they wanted and I did the best I could.

17       Q       What was that general idea?

18       A       Was that, you know, they I guess mainly

19   focused on his shoot fight stuff and they wanted him

20   to get a little more skills as a wrestler and that was

21   pretty much it.

22       Q       Now you have got me doing the same thing.

23   I am using "they" too.  Who is "they" as far as Tank

24   Abbott?

25       A       I am just using "they" as far as the



# EXHIBIT / ATTACHMENT

## _____2_____

(To be scanned in place of tab)

Page 1

1              IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
2                       ATLANTA DIVISION

3   Walker v. World Championship Wrestling, Inc., Turner
    Sports, Inc., Civ. File No.  100-CV-0367-CC
4   Onoo v. World Championship Wrestling, Inc., Turner
    Sports, Inc., Civ. File No. 1:00-CV-0368-CC
5   Norris v. World Championship Wrestling, Inc., Turner
    Sports, Inc., Civ. File No. 1:00-CV-0369-CC
6   Easterling v. World Championship Wrestling, Inc., Turner
    Sports, Inc., Civ. File No. 1:00-CV-1715-CC
7   Davis v. World Championship Wrestling, Inc. and Turner
    Sports, Inc., Civ. File No. 1:00-CV-1716-CC
8   Worthen v. World Championship Wrestling, Inc. and Turner
    Sports, Inc., Civ. File No. 1:00-CV-1717-C
9   Speight v. World Championship Wrestling, Inc. and Turner
    Sports, Inc., Civ. File No. 1:00-CV-1718-CC
10  Saengsiphan v. World Championship Wrestling, Inc. and
    Turner Sports, Inc., Civ. File No. 1:00-CV-1719-CC
11  Reeves v. World Championship Wrestling, Inc. and Turner
    Sports, Inc., Civ. File No. 1:00-CV-1720-CC
12  Patterson v. World Championship Wrestling, Inc., Turner
    Sports, Inc. and Turner Entertainment Group, Inc.,
13  Civ. File No. 1:01-CV-1152-CC

14  ─────────────────────────────────────────────────────
               DEPOSITION OF JOSEPH N. HAMILTON
15                    MARCH 22, 2002
                       1:30 P.M.
16  ─────────────────────────────────────────────────────

17                                        COPY

18

19

20  *Premier*

21

22

23

24
               CERTIFIED COURT REPORTERS
25
The Pinnacle, Suite 500 • 3455 Peachtree Road, N.E. • Atlanta, Georgia 30326 • www.premierrptg.com
                       404-237-1990
                    800-317-5773

1        A       Uh-huh.

2        Q       Okay.  How about Bounthan and -- and

3    Lash LaRue?

4        A       They are both cruiser weights.

5        Q       How would you compare the two?

6        A       Well, Lash is far better than Bounthan

7    was.

8        Q       In what ways?

9        A       He showed more ring savvy and more -- and

10   better -- more ability to adjust and adapt to mistakes

11   that happened in the ring, and he had -- had a greater

12   general knowledge of the holds and the moves.

13       Q       Anything else?

14       A       That's about it.

15       Q       How about Darron Easterling?  Did you

16   observe Darron Easterling?

17       A       Yep.

18       Q       Okay.  How did you evaluate him as a

19   wrestler?

20       A       How would I evaluate Darron?

21       Q       Or how did you?

22       A       Darron was a big guy.  He had a great body

23   and so on.  But Darron was -- was -- I thought was

24   clumsy at times, and he just fell over his own feet

25   sometimes.



# EXHIBIT / ATTACHMENT

_3_

(To be scanned in place of tab)

```
 1            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
 2                     ATLANTA DIVISION

 3   Davis v. World Championship Wrestling, Inc. and Turner
           Sports, Inc., Civ. File No. 1-00-CV-1716-CC;
 4   Saengsiphan v. World Championship Wrestling, Inc. and
           Turner Sports, Inc., Civ. File No. 1-00-CV-1719-CC;
 5   Speight v. World Championship Wrestling, Inc. and Turner
           Sports, Inc., Civ. File No. 1-00-CV-1718-CC;
 6   Worthen v. World Championship Wrestling, Inc. and Turner
           Sports, Inc., Civ. File No. 1-00-CV-1717-CC;
 7   Reeves v. World Championship Wrestling, Inc. and Turner
           Sports, Inc., Civ. File No. 1-00-CV-1720-CC;
 8   Easterling v. World Championship Wrestling, Inc. and
     Turner Sports, Inc., Civ. File No. 1-00-CV-1715-CC;
 9   Onoo v. World Championship Wrestling, Inc., and Turner
           Sports, Inc., Civ. File No. 1:00-CV-0368-CC;
10   Norris v. World Championship Wrestling, Inc., and Turner
           Sports, Inc., Civ. File No. 1:00-CV-0369-CC;
11   Walker v. World Championship Wrestling, Inc., and Turner
           Sports, Inc., Civ. File No. 1:00-CV-0367-CC;
12   Patterson v. World Championship Wrestling, Inc., Turner
           Sports, Inc. and Turner Entertainment Group, Inc.,
13         Civ. File No. 1:01-CV-1152-CC

14

15

16   _____

17        VIDEOTAPED DEPOSITION OF DARRON EASTERLING
                      MARCH 22, 2002
18                      10:00 A.M.

19   _____

20

21

22

23

24

25          CERTIFIED COURT REPORTERS
```

The Pinnacle, Suite 500 • 3455 Peachtree Road, N.E. • Atlanta, Georgia  30326 • www.premierrptg.com
404-237-1990
800-317-5773

Page 15

1   football player?

2         A       Right.

3         Q       And how long did you do that?

4         A       I think about four years, if I remember

5   correctly.

6         Q       Does that take us up to the time when you

7   first became involved with World Championship Wrestling?

8         A       Well, actually I did a tryout like in '97,

9   March of '97, and I was still working for him.  Yes, I

10  was still working for him then.  I think it was like

11  March of '97, somewhere in there, March or February,

12  something like that.

13        Q       When did you stop working for Darrian

14  Connor?

15        A       Like February of '98.

16        Q       Why did you decide to try out for World

17  Championship Wrestling?

18        A       The guy that used to wrestle with W.C.W.,

19  Disco Inferno, I knew him because he kept saying -- he

20  used to call me East.  East, you should come down there

21  and do wrestling, man.

22                He kept pushing it to me, and finally I asked

23  him, you think I could do good in it?  He was like, you

24  should do great.  So that's how I got -- became involved

25  in it.

1          Q          Disco Inferno, what is his -- do you know

2    what his real name is?

3          A          It's Glen.  I don't know his last name.  I

4    can't remember.

5          Q          And how did you know Disco Inferno?

6          A          Because the guy he worked for at the time

7    owned a detail, a mobile detail, and he used to come by

8    with the guy that cleaned, to wash the cars at the house

9    I was living -- where I was living.

10         Q          Did someone at W.C.W. specifically invite

11   you to a tryout or how did you come to actually go

12   through the process of trying out?

13         A          Like I said, Disco, you know, he kept

14   encouraging me like you should go.  Then I asked him --

15   you know, I called down to the Plant and they gave me

16   the process.  You know, they was like get a physical.

17   They told me to get the money order, cashier's check.

18   So I got all that and took it down there and I went from

19   there.

20         Q          How much did you have to pay for the

21   tryout?

22         A          Yes.

23         Q          How much?

24         A          I think it was 200 or 250.

25

 1   those people in the office.

 2        Q        And what else do you recall, if anything,

 3   them telling you that day when they invited you back?

 4        A        Just like I say, they said we see a lot of

 5   potential in you and we could do some things with you,

 6   so we would like to have you back.  They just told us

 7   about the fee.  It was a $3,000 training fee.

 8        Q        Did they tell you anything about your

 9   chances ultimately to become a successful professional

10   wrestler?

11        A        They didn't say like -- necessarily say

12   you got a 50 percent chance or whatever, but they were

13   like this is the process you go through in order to have

14   an opportunity.

15        Q        At this point did anyone from W.C.W. make

16   any representation to you or lead you to believe that

17   you would make it if you signed up?

18        A        All the instructors did.

19        Q        By saying what they -- what you already

20   talked about they said to you?

21        A        Yeah, that and, you know, they was like,

22   you know, with your body, your stature, you should get a

23   good shot.  That's about it.

24        Q        And the fee to train was $3,000?

25        A        Right.

1        Q        Did they tell you how long?  Did they tell

2    you there was a specific period of time that you would

3    be training?

4        A        They didn't say specifically but they said

5    -- I asked them I think -- I don't know if I asked them,

6    but if I recall right, they said something like -- you

7    know, like it's about six months.  It's anywhere from

8    six to nine months.

9        Q        Was there any discussion at that point

10   about what would happen after that six- to nine-month

11   period ended?

12       A        Not then.

13       Q        Did you pay the $3,000 fee?

14       A        I paid a portion of it.

15       Q        How much do you recall you paid?

16       A        If I'm not mistaken, 2,300.

17       Q        Did you pay it all at once or did you pay

18   it a little, some at first and then some later?

19       A        No, I paid all of it at once.

20       Q        You paid before you started training?

21       A        Like a week before.

22       Q        And when did you actually start training?

23       A        I'm thinking maybe about a year later,

24   like March of '98, February or March '98.

25       Q        Why did you not start training for a year?

Page 23

```
 1        A       Because I was still working for that guy.
 2   They was -- he was paying me pretty decent money at the
 3   time so I couldn't just go down there without having any
 4   money.  Then I had to get the money up to pay the fee.
 5   I wasn't sure -- I thought you had to pay it all at once
 6   but when I called down there before I paid it, they told
 7   me, no, you don't have to pay it all at once.
 8        Q       At the time you did the tryouts, how much
 9   were you making at your other job?
10        A       Like 600 a week, I think.
11        Q       When you started training, what hours did
12   you -- what was your schedule?
13        A       Usually I would go down there probably
14   between 9:00 and 9:30 and leave about -- usually I would
15   leave about 3:00 because I had to go to my other job.  I
16   had stopped working for that guy.  I had to go to my
17   other job.
18        Q       Now what other job was that that you left
19   to go to?
20        A       The detailing shop.
21        Q       That was in Atlanta?
22        A       Yes.  Alpharetta.
23        Q       Alpharetta?
24        A       Right.
25        Q       What's the name of the place where you
```

Page 24

1    worked?

2         A         Showroom Shine.

3         Q         When did you start working at Showroom

4    Shine?

5         A         Probably maybe April of '98.

6         Q         And how long did you work there?

7         A         Through maybe sometime in '99.

8         Q         You think you worked there longer than a

9    year?

10        A         Off and on probably.

11        Q         A typical day was starting about 9:00 to

12   9:30 and ending sometime around 3:00 o'clock?

13        A         At the Power Plant, yes.

14        Q         At the Power Plant.  You sometimes worked

15   later at the Power Plant?

16        A         Sometimes.

17        Q         What's the latest that you went at the

18   Power Plant?

19        A         About 5:00.

20        Q         You think you ever worked any longer hours

21   than 9:00 to 5:00 at the Power Plant?

22        A         No, I don't recall.

23        Q         A typical day at the Power Plant, what

24   would you do in a day?  How would the day start when you

25   got there?

1    instructors -- well, you know, the official instructors

2    there, I would say Pez Whatley.

3         Q      And who were the other instructors?

4         A      Mike Wenner and Dewayne Bruce, whatever

5    his last name is, and Jody Hamilton sometimes.

6         Q      Were there other people who came in who

7    worked with you from time to time, not on a regular

8    basis?

9         A      No, other than like guys that were

10   actually trainees, that was pretty much it.  Actually, I

11   would say Hardbody Norris probably worked with me more

12   than anybody.

13        Q      Harrison Norris?

14        A      Yeah, Harrison Norris.

15        Q      How much of an average day was spent

16   actually training, actually doing the training as

17   opposed to setting up or cleaning up?

18        A      Like -- I can't really remember to a

19   certain point, but I would say probably about

20   three-and-a-half, four hours.

21        Q      Did you spend more time training as

22   opposed to doing the cleanup and setup work or less or

23   about the same?

24        A      About the same, I would say.

25        Q      Who decided the training schedule?

Page 35

```
 1            Q        While you were training were you ever

 2      injured to such an extent that you had to miss training

 3      time?

 4            A        Yes, one time I had fell on my hip wrong

 5      or something and, you know, for about a week I had to

 6      take it easy.

 7            Q        Did you see a doctor for that injury?

 8            A        No, I didn't.  Well, when I went to the

 9      doctor about the dehydration, you know, they told me to

10      come back a week later and they did -- you know, they

11      wanted to -- they did like blood work and whatever and

12      then at that time I told them about -- I had like a

13      sharp pain going down my -- and they took x-rays and

14      they said it was no structural damage.  Said it might

15      have been a nerve but that's about it.

16            Q        Who paid for the doctor?

17            A        It was my -- I had insurance then.

18            Q        Okay.  W.C.W. didn't pay for it?

19            A        No.

20            Q        While you were training did you have a

21      ring name or character?

22            A        I didn't, but I had one in mind.

23            Q        Did you ever use it or talk to anybody at

24      W.C.W. about it when you were training?

25            A        About it?  Just some of the other
```

1    trainees.

2         Q      And what was that character?

3         A      BeefMaster.

4         Q      When you were training, did W.C.W. provide

5    you with any clothing or equipment to use in your

6    training?

7         A      No.

8         Q      Other than the job you had with Showroom

9    Shine, did you have any other employment outside of

10   W.C.W. while you were training?

11        A      Let me see.  Yeah, I used to -- like for

12   this entertainment company -- like go dance at

13   bachelorette parties and stuff.  Like sometimes on the

14   weekends at night.

15               MR. RICHARDSON:  Could you read back his

16   answer?

17               THE REPORTER:  I really didn't understand

18   it.

19        Q      BY MR. RICHARDSON:  Could you repeat your

20   answer, please.

21        A      Oh, I used to work for this entertainment

22   company.  I used to like go dance at bachelorette

23   parties sometimes on the weekends.

24        Q      Bachelorette parties?

25        A      Yes.  You know, birthdays, bachelorette

Page 37

1    parties.

2         Q       That was from time to time?  You weren't

3    on a set schedule for that?

4         A       No, they would just call and say can you

5    do it and I had to tell them yes or no.

6         Q       Is there a particular company or

7    organization that you worked with?

8         A       It was -- I think the name of the company

9    was Eastern Onion.

10        Q       Eastern Onion?

11        A       Yes.

12        Q       Any other jobs you had while you were at

13   training at W.C.W.?

14        A       I don't think so other than the one I

15   mentioned before.

16        Q       Before you began training, was it your

17   understanding that the training program would be six to

18   nine months?

19        A       Yes.  Like I said, after the tryout when

20   they called us in the office they said usually, you

21   know, that's a good time range, between six and nine

22   months.

23        Q       How long did you train with W.C.W.?

24        A       March of '99 to like the week they moved

25   to the new training facility.  I can't exactly remember,

Page 38

1    but I remember we were moving the stuff to the new

2    facility.

3         Q     You think that was in sometime in '99?

4         A     I am thinking it was early '99 or late

5    '98.  I think it was early '99, though.

6               MS. ROTHENBERG-WILLIAMS:  Can we take a

7    ten-minute break?

8               MR. RICHARDSON:  Yes.

9               (A recess was taken.)

10                        (Whereupon, the court reporter
                          marked Exhibit 2 for
11                        identification.)

12

13              MR. RICHARDSON:  Back from break.  I will

14   hand you what's been marked as Defendant's Exhibit 2 and

15   ask you to take a look at that.

16        Q     Have you ever seen this document before?

17        A     No, but some of the information I

18   remember.

19        Q     Do you have any idea who prepared this

20   document?

21        A     I think it was one day they were just

22   getting like some -- just wanted to like make up a

23   character and they were saying, you know, write down

24   what your ring name would be.  And they were saying like

25   when you put down a hometown, try to put down something

Page 39

1     that would like draw, draw a crowd.  You know, that's

2     better for ratings.

3          Q     Right.  So do you recall who it was that

4     asked you to give that kind of information for a ring

5     character?

6          A     It was -- I think it was at the Power

7     Plant.  I think Sarge or Mike Wenner or maybe Jody

8     Hamilton.  Jody Hamilton.  I know that just one day at

9     the Power Plant they told us to do it.

10         Q     And you wrote it down?

11         A     Yeah, they had like a -- I think they had

12     like a sheet.  I don't know if I wrote it or if I told

13     somebody, but I remember it.  I remember that day.

14         Q     And you recall this is -- this is a fairly

15     accurate reflection of the information you gave about

16     your ring character?

17            MS. ROTHENBERG-WILLIAMS:  Objection,

18     vague.  Are you asking him if everything on here was

19     information that he gave or . . .

20            MR. RICHARDSON:  Well, let's try that

21     question.

22         Q     Is everything on here information that you

23     gave?

24         A     For the most part.

25         Q     Is there anything on here that appears on

Page 41

1        A        No.

2        Q        Do you recall before the Power Plant was

3    moved there being tryouts held for contracts?

4        A        I remember one day while I was there --

5    this might have been the tryout.  I think this guy -- I

6    think his name was J.J. Dillon and Paul Orndorff and

7    them, they all came down there and we did some matches

8    for them.  It's been a while back.  I can't really be

9    specific like, okay, this was actually a tryout to go to

10   the new --

11       Q        Do you have any idea -- did anyone give

12   you any indication at that time why they were there?

13               MS. ROTHENBERG-WILLIAMS:  Objection,

14   vague.  Why who was there?

15       Q        BY MR. RICHARDSON:  Why J.J. Dillon and

16   Paul Orndorff was there.

17       A        They just said something like we got the

18   big brass coming out here today, you know, the big brass

19   of the company so -- well, they told us like maybe the

20   week before like that Monday and they came that Friday

21   or something.  They was like, you know, pick a partner

22   and try to make a good match to impress them.

23       Q        Who was your partner?

24       A        It might be -- I don't know if he is Asian

25   or -- Poontong, Boontong (phonetic), something like

PREMIER REPORTING

1    that.

2           Q      Bounthan Saengsiphanh, Saengsiphanh?

3           A      I --

4           Q      I know who you are referring to.

5           A      Yeah.

6           Q      His name is difficult to pronounce.  And

7    he's the one that you wrestled?

8           A      That's who I did my match with.

9           Q      During your time at W.C.W., did you have

10   any communications with J.J. Dillon or Paul Orndorff?

11          A      Not other than that day they came there

12   then like some days we would -- they would take over to

13   the other school.  You know, we would move stuff.  Not

14   other than that.

15          Q      During the times that you moved things to

16   the other school, did you ever have any conversations

17   with either of them?

18          A      Not that I remember other than, you know,

19   want this room organized this way or something like that

20   because they were sort of standoffish, I thought.

21          Q      What made you think they were standoffish?

22          A      Never really said anything other than move

23   this, do that.  And I would speak and, you know, they

24   would just nod their head or something.

25          Q      Was there a day when someone at W.C.W.

Page 45

1   there, they said he had already started training before

2   I got there.  But he would come every blue moon, so on

3   the days he would come I would say, oh, he's down here.

4   They would say yeah.  I'd say I never seen him.  They

5   would say he hardly ever comes, but I think he got a

6   contract, though.  I am not sure, but I think so.

7          Q      John Hugger, is he someone you trained

8   with?

9          A      I don't remember the name.

10         Q      Kevin Tilton, is he someone you trained

11  with?

12         A      I don't remember that name.

13         Q      What about Ice Train, do you believe he

14  got a contract?

15         A      I think he did.  I always thought he was

16  already under contract.  I don't know.

17         Q      Okay.  Do you know who made the decision

18  regarding who would be offered contracts?

19         A      I couldn't tell you that.

20         Q      You have any idea what the decision to

21  offer contract was based on?

22         A      No idea.

23                          (Whereupon, the court reporter
                            marked Exhibit 3 for
24                          identification.)

25

Page 47

1       A       Yes.

2       Q       You reviewed them with the instructors?

3       A       Yes.  Sometimes and sometimes, you know --

4    most times the first time you reviewed them with the

5    instructors then afterwards, you know, you could sit

6    there and watch them and critique them and see what you

7    need to work on, whatever, on your own.

8       Q       Do you have any tapes --

9       A       No.

10      Q       -- of your wrestling?

11      A       No.

12      Q       Other than the training, were you ever

13   asked to do promotional or commercial work for W.C.W.?

14      A       No, not that I can remember.

15      Q       Were you ever paid by W.C.W. to perform

16   any service for them?

17      A       I remember I got paid one time for, like I

18   say, moving some stuff.  I think we had went over to the

19   new facility and worked a couple of days and they paid

20   us for that.

21      Q       Who paid you?  Do you recall who talked to

22   you about payment for this job?

23      A       I think when we got over there, you know,

24   Sarge told us when we get over there go talk to

25   somebody.  You know, they will show us, you know, where

Page 48

1    to sign, put our name on the list as we were working

2    that day.  I don't remember who the person was.

3         Q      How much did you get paid?

4         A      I can't remember.

5         Q      How many hours did you get paid for?

6         A      I don't remember that either.

7         Q      Did you work a full day?

8         A      I can't remember like exact, but I

9    remember getting paid one time for some work we had

10   done.

11        Q      Did you get a W2 form from W.C.W. for the

12   work you did?

13        A      I don't remember getting one.

14        Q      At any time before or during your training

15   at W.C.W., did anyone from W.C.W. suggest to you that

16   you would be offered a contract with W.C.W.?

17             MS. ROTHENBERG-WILLIAMS:  Objection.

18   Asked and answered.

19             THE WITNESS:  Well, they never just said

20   you would be offered a contract but they would say just

21   keep working hard.  You got potential.  You should be

22   able to make some money in this business.

23        Q      BY MR. RICHARDSON:  When you decided to

24   train, did you think there was any guarantee that you

25   would make it?

Page 54

```
 1        Q      Okay.  Anything else other than that?

 2        A      No, it seems fairly accurate.

 3        Q      Okay.  Take a look at -- while we are on

 4   that page, take a look at Paragraph 28 on Page 10.  I

 5   will read it out loud and then I will ask you some

 6   questions about it.

 7              It says:  Plaintiff paid the fee and trained at

 8   the Power Plant full time for nearly a year, but was not

 9   given an opportunity to wrestle.  Instead, Plaintiff

10   Easterling, along with the other minority trainees, were

11   forced to perform menial labor like sweeping the

12   facility, putting up rings and other duties at the

13   direction of the white trainers.

14              Who forced you to perform menial labor?

15        A      It was mostly like Sarge.  You know, they

16   would say let's clean this up or let's move this, move

17   that.

18        Q      Did you ever refuse?

19        A      No.

20        Q      Did you feel that you shouldn't -- that it

21   was not proper for you to be asked to do those things?

22        A      I felt like, you know, we weren't getting

23   paid.  It wasn't right.  But I was willing to pay my

24   dues, so to speak.

25        Q      Did you ever see anyone refuse?
```

Page 55

1      A      Well, some of the guys, like a couple of

2 the white guys that were sort of cocky or whatever had

3 been there for a while, they would just sit there and

4 like pretty much not do anything.

5      Q      Did you ever complain to anyone about some

6 people not participating?

7      A      No, no more -- you know, just to the other

8 trainees.  We would talk about it.

9      Q      Did any white wrestlers ever sweep the

10 facility or put up rings or perform other duties like

11 that at the Power Plant?

12      A      Yeah, sometimes.

13      Q      Did any minority trainees ever refuse?

14      A      Not that I can remember.

15      Q      Do you recall who some of the white

16 wrestlers were who would not perform the things like

17 sweeping the facility, putting up rings and other

18 duties?

19      A      I remember a couple of -- I remember this

20 one dude.  I remember his name.  His name was Chad

21 something and it was a couple of the guys that he sort

22 of hung out with.  Like I hardly never saw them do

23 anything like that.

24      Q      Do you know if anyone ever complained

25 about that?

Page 61

```
 1                    MS. ROTHENBERG-WILLIAMS:  Okay.  How long
 2   do you want to take, 45 minutes?
 3                    MR. RICHARDSON:  Forty-five minutes.
 4                    (A lunch recess was taken.)
 5                    MR. RICHARDSON:  Okay.  Back from our
 6   break.
 7        Q     If you would -- if I could refer you back
 8   again to your complaint, Paragraph 45 on Page 14.  It
 9   says:  In violation of 42 USC, Section 1981, Defendants
10   refused to contract with plaintiff and refused to
11   provide plaintiff with opportunities for advancement
12   commensurate with similarly situated white wrestlers.
13                    Are you claiming in this lawsuit that W.C.W.
14   refused to offer you a contract because of your race?
15        A     I am saying they didn't.  I am not saying
16   they refused.  I never asked, but they didn't offer me
17   one.
18        Q     And you believe that was because of your
19   race?
20        A     Yes.
21        Q     Who specifically did not give you a
22   contract because of your race?
23        A     The only thing I -- the answer to that --
24   the answer I know is W.C.W.  You are talking about a
25   person?
```

1        Q        Right.

2        A        See, I don't know exactly who would sit

3    down and say give you the contract.

4        Q        Why do you believe you weren't given a

5    contract because of your race?

6        A        Because of guys in a similar situation

7    like I was, they were Caucasian wrestlers.  They got

8    contracts and I didn't.

9        Q        What Caucasian wrestlers who were

10    similarly situated to you got contracts?

11        A        Just to name a few, Chase Tatum, Mark

12    Millennium, Chuck Palumbo, a dude name Brett, who else.

13    Like Mike Sanders.  People that was there when I was

14    there.  Allen Funk.  This dude named -- it was an

15    Italian dude.  His name was Rick something but at the

16    wrestling school everybody called him Meatball, yeah,

17    Meatball, just to name a few.  And another dude named

18    Johnny The Bull.

19        Q        These were all people who you trained with

20    at the Power Plant at some time or another?

21        A        Yes.

22        Q        And how do you know that all of these

23    folks that you've named were given contracts?

24        A        I don't know.  I didn't actually see the

25    contract.  Most of those guys I saw like on TV

Page 63

1     wrestling.  Then some of the other guys, some of the

2     guys I kept in contact with, they went to the new school

3     with them.

4              Q      When you say you saw them on TV, is this

5     after the Power Plant moved?

6              A      Yes.  For the most part I would say yes.

7              Q      Chase Tatum, do you know whether he

8     wrestled at any point before he came to train at the

9     Power Plant?

10             A      I don't know.

11             Q      How about Mark Millennium?

12             A      I don't know.

13             Q      How about Chuck Palumbo?

14             A      I don't know.

15             Q      How about any of the others that you have

16    named you believe got contracts?

17             A      I couldn't tell you.

18             Q      Were there any white wrestlers who were

19    given contracts that you trained with at W.C.W. who you

20    believe were better than you?

21             A      No.

22             Q      Are there any who you believe were just as

23    good as you?

24             A      Maybe.  Like Chase, Chase Tatum and Chuck

25    because, you know, we all about the same stature and

Page 64

1    stuff.  That's why I am naming them.

2         Q      What was it about Chase Tatum and Chuck

3    Palumbo's abilities that made you think that they were

4    about the same as yours?

5         A      Because we were like bigger guys and we

6    did a lot of like power moves, like where some of the

7    smaller guys had to do the high flying acts and stuff.

8    You know, the bigger you are the lesser that you do.

9         Q      Now Allen Funk, he was a smaller wrestler?

10        A      Yes, right.

11        Q      Do you believe that he was less qualified

12   than you to receive a contract because he was smaller?

13        A      No, not because he was smaller.  I am not

14   going to say that.

15        Q      Do you think his size had some impact on

16   his qualifications to be a wrestler?

17        A      I don't know.

18        Q      Now some African-American wrestlers were

19   given contracts as well; is that right?

20        A      Right.

21        Q      I think you mentioned -- I think you

22   mentioned Marcial Davis?

23        A      Yes.

24        Q      I think you mentioned Ice Train?

25        A      Yes.

Page 65

```
 1        Q      And Elix Skipper?

 2        A      Yes.

 3        Q      Do you know why those African-American

 4   wrestlers would be given contracts and you weren't?

 5        A      I don't know why.

 6        Q      Isn't it possible that people at W.C.W.

 7   didn't believe that you were as good as some of those

 8   other people who were offered contracts?

 9        A      You say isn't it possible?

10        Q      (Nods head affirmatively.)

11        A      I don't know.  You want to rephrase it or

12   something?

13        Q      I mean, you think you weren't offered a

14   contract because of race; is that right?

15        A      That's the main reason I think.

16        Q      But don't you think there could have been

17   other reasons why you weren't offered a contract having

18   nothing to do with race?

19        A      I mean, I'm not going to say there

20   couldn't be no other reason but that's the only reason I

21   could think of.

22        Q      Now other than not being offered a

23   contract, were there any other opportunities for

24   advancement that you believe you were denied because of

25   race?
```

Page 67

1    then he didn't even finish the tryout.  And the thing

2    was you had to finish the tryout in order to come back

3    to train, but he didn't finish.  He came late and he got

4    invited back and he got a contract.

5         Q      And do you know of any black wrestlers who

6    didn't finish the tryout but were invited a contract?

7         A      Not that I know of.

8         Q      Why do you believe that he was offered a

9    contract under those circumstances that had anything to

10   do with race?

11        A      Like I said, no black person that didn't

12   finish, they couldn't even come back or they didn't come

13   back.

14        Q      But that didn't affect you personally

15   because you did finish the tryout and were invited back?

16        A      Yes, I did finish and I came back.

17        Q      How else were you discriminated against by

18   W.C.W.?

19        A      Well, like for instance while we were down

20   there at the Plant like moving stuff, it just seems like

21   they would like direct like the -- they would tell like

22   the black guys, "Y'all move these big tables and stuff

23   over here," and look like the little white guys was

24   moving like little white boxes and stuff instead of --

25   that's one way.

1          And then -- and like for instance, I guess this

2    is part of the question, too.  Like one day it was

3    about -- I'd say about 12 of us in the ring or something

4    and Pez Whatley, which was a black instructor, he made a

5    comment and Sarge said, he said like -- he said

6    something to us like "Did y'all understand what he

7    said?"  And a lot of the guys said no.

8          And he said like -- he said "I bet you East and

9    Davis" -- East is me, Davis is Marcial Davis -- he said,

10   "I bet you they know what he said," you know, implying

11   that we were the only two African-Americans around.

12   Then he asked, "Did y'all understand it?"  We said yeah.

13   You know, they started laughing about that.

14          MR. RICHARDSON:  Would you read back that

15   answer.

16          (Whereupon, the record was read by the

17   court reporter as follows:

18          Question:  "Well, like for instance while

19   we were down there at the Plant like moving stuff, it

20   just seems like they would like direct like the -- they

21   would tell like the black guys, "Y'all move these big

22   tables and stuff over here," and look like the little

23   white guys was moving like little white boxes and stuff

24   instead of -- that's one way.

25          And then -- and like for instance, I guess

1      A      Yes.

2      Q      Did you ever tell him that, Sarge?

3      A      No.

4      Q      Did you ever tell Pez Whatley that?

5      A      No, I don't think we ever -- I don't

6   remember if we did.

7      Q      Take a look at Paragraph 43.  It says:  By

8   engaging in the unlawful conduct described herein,

9   Defendants acted intentionally, willfully and with

10  malice or reckless indifference to Plaintiff's federally

11  protected civil rights.

12            Is there anyone at W.C.W. who you believe acted

13  intentionally, willfully and with malice or reckless

14  indifference to your rights?

15     A      I can just give you examples of stuff that

16  went on.  I don't know if they was intentionally or not

17  but I can give you examples.

18     Q      Okay, if you would.

19     A      Just one day we were all in the ring and

20  we were making reference to a match the night before on

21  TV.  It was a -- Booker T had done a match, and we were

22  talking about it and Sarge said Booker T gets one of the

23  best pops out of the crowd than anyone in this industry.

24  And he said I don't know why they don't push him more,

25  and one of the guys said something like -- well, they

1  said this:  You think it's because of his super tan?

2  And Sarge looked around and said, Well, it doesn't take

3  a scientist to figure out everything.  And the super tan

4  was referring to his skin color.

5       Q       Do you recall who made the comment about

6  the super tan?

7       A       I don't remember.  It was a lot of us in

8  there.

9       Q       At that point in time did you have any

10 idea who made the decision as to which wrestlers would

11 be pushed?

12      A       At that time did I?  I just -- no, I

13 didn't really know.

14      Q       That led you to believe that someone at

15 W.C.W. was intentionally holding Booker T back?

16      A       I am just taking the statement for what

17 it's worth.  Because he had a super tan, so to speak, he

18 wouldn't get the push he should have gotten.

19      Q       Okay.  What other examples can you tell

20 me?

21      A       It's like, for instance, a guy, Chuck

22 Palumbo, we like the same size and everything.  I think

23 he might have started a week earlier than I did actually

24 training, but you could just see like they just worked

25 with him more.  Him and like some of the other white

PREMIER REPORTING

Page 74

1    wrestlers, they just worked with him more.  Really, like

2    me and Davis and other like black wrestlers, we just --

3    they sort of like tell us go over in the other ring and

4    work on, you know, basic stuff.  That's one example.

5           And also the guy that used to work with Chuck a

6    lot who was a trainee, I think he was a Samoan guy,

7    Sonny, G.Q. Sonny, that's what we called him -- Sonny

8    G.Q. I mean, they did everything together, all the moves

9    and stuff, but I don't know.  But I know he got a

10   contract at a new school but they terminated him.  I

11   don't think they never terminated Chuck.

12          THE REPORTER:  I'm sorry.  You don't think

13   what?

14          THE WITNESS:  They never terminated Chuck

15   Palumbo.

16       Q      BY MR. RICHARDSON:  Now this Sonny that

17   you are referring to, is he Asian?

18       A      If I am not mistaken he's Samoan.

19       Q      Samoan?

20       A      Yeah.

21       Q      Sakai or Siaki?

22       A      I don't know.

23       Q      Okay.

24       A      And who else.  This guy Mark Millennium,

25   he was a tall cat.  He was a tall, slender cat, but he

1   was, you know, taller, maybe a inch taller than me.  And

2   he couldn't, to me -- he was a good guy, but he didn't

3   really, to me -- I know he didn't do more than I could

4   do and he got a contract.

5        Q        Any other examples you can tell me?

6        A        Yeah.  Like this guy Lash LaRue, you know,

7   I am comparing him to like guys like Hardbody and

8   another guy that was down there, Joseph, Joseph Watkins

9   and I think it was a guy named Charles Young.  You know,

10  I am just going with him because he about the same size.

11  They could actually do more than him, I thought, but

12  they -- like I say, Joseph Watkins and Charles Young,

13  they never got a contract.  And Hardbody, I think he got

14  -- his contract was less than Lash LaRue, and I know

15  Lash had got a contract before Hardbody.  I know that.

16       Q        Any other examples?

17       A        Let me think.  I guess like Sarge, he

18  wouldn't too much work with us but any chance or

19  opportunity seem like if he got to talk down or

20  embarrass us.  Like for instance, he would be working

21  with them in this ring.  We would be over in the other

22  ring working.  He wouldn't hardly say nothing to us but

23  if he looked over there and saw us doing something

24  wrong, he wouldn't say like you should do it like this.

25  He would just scream something like "That looks like

1    shit," you know, talk down on you.  Seem like every

2    chance he got an opportunity to talk down on you or

3    something like that, he would do it.

4         Q      How often do you think Sarge made those

5    kind of comments like that looks bad or you are not

6    doing that right?

7         A      I don't remember.  Like I say, that was

8    years ago.  I just remember him saying that like a few

9    times.  I don't know how many times.  I just remember

10   saying to myself, well, why don't he work with me

11   instead of just criticizing.

12        Q      You ever hear him make those kind of

13   comments to white wrestlers?

14        A      Not that I remember.  I am not saying he

15   didn't, but I don't remember.

16        Q      Any other examples?

17        A      I am just thinking.  Oh, yes.  I think

18   this might be part of it, too.

19              One night they had a taping at the Monday night

20   Nitro and I was down there.  Did I already say this?  I

21   don't think so.

22              And while I was there, some white dude, like he

23   might have been in his forties, I think he was a

24   cameraman.  He was part of the production crew.  I know

25   that.  I think it was a cameraman.  He came up to me,

Page 77

1    you know, asked me my name and stuff.  He said, Man, you

2    got a look.  I think you could do okay in this industry.

3    And I said okay.  And he said, Well, let me tell you

4    something.  He pulled me to the side.  He said, Well,

5    you got some of these good 'ol boys that's been here a

6    while.  You know, they might call you the N word.  And

7    he said like Owen Anderson.  That was one of the names

8    he used.  He said, if they do, just let it slide.  You

9    know, just keep your mouth shut and just do what you got

10   to do to move on up.

11          Q     Do you remember this cameraman's name?

12          A     No, I don't remember it.

13          Q     Did anyone at W.C.W. ever call you the N

14   word?

15          A     Not that I heard it.

16          Q     Had you ever -- while you were at W.C.W.,

17   did you ever hear anyone use the N word?

18          A     I can't remember.

19          Q     Any other examples?

20          A     That same night at that Pay-Per-View while

21   I was down there, Hardbody Norris, he walked up and I

22   was asking him just some stuff about wrestling.  Then

23   when he walked off, some guy came up to me -- I am

24   trying to see who it might have been.  It was one of the

25   white wrestlers that was -- I think was under contract

Page 78

1    that was already wrestling and he said to me, Hey,

2    that's not a good person to be seen talking to.  So I

3    left it at that.  I didn't know what they were talking

4    about, but I left it at that.

5            Q       Do you remember who this white wrestler

6    was?

7            A       No.  Like I said, I don't remember.

8            Q       Okay.  Any other examples?

9            A       Off the top of my head, I can think of

10   like comparative speaking like that dude, Mike Sanders,

11   he got a contract which was more than Hardbody, and like

12   Joseph Watkins and this guy Charles Young, they didn't

13   get one and they were more agile and stuff than him.

14           Q       How do you know that Mike Sanders'

15   contract was more?

16           A       Than Hardbody?

17           Q       Yeah.

18           A       I don't know exactly but that's word of

19   mouth that it was.

20           Q       Okay.

21           A       Because I never actually sat down and read

22   anybody's contract.

23           Q       Right.  Any other examples?

24           A       I feel like -- what's the question again?

25   I just been talking so long.

Page 79

1          Q       We started off talking about who you

2   believe acted intentionally, willfully and with malice

3   and I think the answer was, well, here are some

4   incidents.

5          A       Okay.

6          Q       You know, I just took it for what it was,

7   if I am characterizing it correctly, and you started to

8   give me some examples of incidents that you had heard

9   about.

10         A       That's all I am thinking of right now.  If

11  I can think of some more, if they come to me, I'll tell

12  you more.

13         Q       Okay.  All of the incidents that we have

14  talked about so far, did you ever complain to anyone at

15  W.C.W. about that?

16         A       Just talked amongst the trainees.

17         Q       Just the trainees?

18         A       Right.

19         Q       Now Paragraph 46 of your complaint, it

20  says:  In violation of 42 USC, Section 1981, Defendants

21  fostered and encouraged a hostile work environment

22  wherein plaintiff and other minorities suffered severe

23  and pervasive hostility in the form of racial slurs,

24  jokes and other sanctioned debasement.

25              I think we talked already about the N word.  Were

Page 80

1    you subjected to any other racial slurs?

2         A       Not that I can remember.

3         Q       Did you ever hear anything that you

4    perceived to be a racial slur?

5         A       I mean like they would say some stuff.  I

6    can't remember like the exact words, but I know it was

7    more than what I named, but I just didn't -- just a

8    couple of things stand out in your head but I just can't

9    exactly tell you.  It was happening all the time, it

10   seems like.

11        Q       Do you recall anything that any of the

12   trainers said or did -- well, let me ask it this way.

13            Do you recall any of the trainers ever saying

14   something that you perceived to be a racial slur?

15        A       I can't remember other than like some

16   incidents I named earlier.

17        Q       Okay.  How about racial jokes, did you

18   ever hear any racial jokes being told at W.C.W.?

19        A       I just remember one day, I think it might

20   have been Tony Carr or something, he sort of like walked

21   around the corner and he was like -- he said something

22   like, Man, them S.O.B.'s around there making jokes.  I

23   said, What kind of jokes they making?  They really

24   racial, he was like.  He didn't tell me the exact joke,

25   but he was like -- that's why he was upset.

Page 81

| 1 | Q | And who told you that? |
| 2 | A | A guy named Tony Carr. |
| 3 | Q | But you didn't hear it yourself? |
| 4 | A | No. |

5    Q    Any other discriminatory remarks or
6 treatment that you heard other than what we have already
7 talked about?

8    A    None I can think of right at this minute.

9    Q    You believe your work environment was
10 hostile?

11    A    Yes.

12    Q    Why do you believe your work environment
13 was hostile?

14    A    Because of the things I had stated earlier
15 and with me being black and they being white.  They were
16 white, they were running the facility so it was like I
17 couldn't say anything or complain because around there,
18 you were like on egg shells.  Like don't complain or
19 anything.  Just do what you got to do to try to advance.

20    Q    Wasn't Pez Whatley a trainer?

21    A    Yes.

22    Q    Did you ever complain to Pez Whatley?

23    A    No, but now that we are sitting here, the
24 more that we talk, I know a lot of times seem like they
25 would explain a move or something, Pez like explaining a

1        A       Say it again.

2        Q       Other than what we've talked about

3    relating to your claims of discrimination, is there

4    anything that W.C.W. did to you that you believe is

5    intentional infliction of emotional distress?

6        A       I don't know if it was intentional, but it

7    was distress, not given the opportunities to make a

8    living, to make decent money.

9        Q       So part of it was not being offered a

10    contract?

11        A       Right.

12        Q       And you believe that was on the basis

13    of -- and that was because of discrimination?

14        A       Yes.

15        Q       Okay.  Anything else that you think was

16    intentional infliction of emotional distress?

17        A       No, not given the opportunity, not given a

18    contract to wrestle like -- not given like opportunity

19    for like concessions, you know, like T-shirts and all

20    that type of stuff.  Is that what you are looking for?

21        Q       I just want to know what you think --

22        A       Okay.

23        Q       -- what you think your claims are, what

24    your belief is that is intentional infliction of

25    emotional distress.

Page 90

1    Q      If you think of any, I would like you to
2  tell me.

3    A      (Witness nods head affirmatively.)

4    Q      Let's take a look at Page 16.  At the top
5  it says:  Count 3, failure to pay the minimum wage as
6  required by F.L.S.A., Fair Labor Standards Act.

7          Can you put a number of hours, can you give me a
8  number of hours you worked, you believe you worked, that
9  you were not paid minimum wage?

10   A      I can't give you a straight number, but
11 just about every day when we got there we had to clean
12 up, move stuff around, so I can't really say.

13   Q      And you believe that you should be paid
14 minimum wage for the time you spent cleaning and moving
15 things around at the -- when you were training?

16   A      Yes.

17   Q      Can you give an estimate of how many hours
18 a week that was?

19   A      It's so long, I can't really remember.  I
20 am trying to think.  I can't remember.

21   Q      Can you think of anything that you could
22 use to refresh your recollection?

23   A      Well, the only thing I could do is like
24 guesstimate, but I don't have any written documentation.

25   Q      Can you try and guesstimate now?

```
 1              MS. ROTHENBERG-WILLIAMS:  I see the court
 2  reporter kind of straining to hear your voice, so if you
 3  could try to speak up just a little bit more, it might
 4  make her job a little easier.
 5              THE WITNESS:  Okay.
 6      Q     BY MR. RICHARDSON:  What qualities do you
 7  need to be a successful professional wrestler?
 8      A     What I believe?
 9      Q     Yes.
10      A     Charisma, I think size, athletic ability
11  and the will to work hard.
12      Q     Why is charisma important?
13      A     To get a bigger draw.  In other words, you
14  know, just to make people want to watch you on TV for
15  ratings.
16      Q     You think acting ability is important?
17      A     Yes, I mean, that's pretty much what it
18  is.  It's like a -- I want to say like a physical soap
19  opera.
20      Q     Do you have to be able to convince the
21  audience that what's happening is really happening?
22            Would you agree with that?
23      A     Yes.
24      Q     How about speaking ability?  Do you think
25  that's important?
```

1          A          Yes.   It just depends on your character.

2          Q          Other than the information you were asked

3     to give when you were asked to come up with a character

4     during your training at W.C.W., was there any other

5     discussion or training with regard to a ring character?

6          A          Not that I can remember.

7          Q          Did you ever practice giving interviews or

8     talking on microphone?

9          A          I did at home in the mirror.

10          Q          How about imagination or inventiveness, do

11     you think those are important qualities being a

12     professional wrestler?

13          A          Yes, that's important because you have to

14     get a gimmick, a good gimmick in order to get your

15     character over.

16          Q          While you were training with W.C.W., did

17     W.C.W. ever -- did anyone from W.C.W. ever give

18     wrestlers gimmicks or suggest gimmicks or characters to

19     wrestlers?

20          A          I didn't actually hear them give anybody

21     one, but I am sure they did.   But I didn't actually hear

22     them.

23          Q          But no one ever suggested a gimmick or a

24     character to you?

25          A          No.

Page 98

1       A       No.

2       Q       Taking any medications for depression?

3       A       No.

4       Q       Or for the distress that you feel?

5       A       No.

6       Q       Have you paid your attorneys any money to
7    represent you in this case?

8       A       No, no.

9       Q       Do you have an arrangement with your
10   attorneys as to how you are going to be paid -- as to
11   how they are to be paid for representing you in this
12   lawsuit?

13      A       Yes.

14      Q       Is that arrangement in writing?

15      A       Yes.

16      Q       Is it your understanding that you are
17   paying your lawyers by the hour or that they would get
18   some percentage of whatever amount you recovered in this
19   lawsuit?

20      A       Percentage.

21              MS. ROTHENBERG-WILLIAMS:  Good time to
22   take a two-minute break?

23              MR. RICHARDSON:  Yes.

24              (A recess was taken.)

25      Q       BY MR. RICHARDSON:  Mr. Easterling, since

Page 99

1    you stopped training with W.C.W., have you looked for

2    alternative employment in the wrestling industry?

3         A    No.

4         Q    Where have you worked since you stopped

5    training with W.C.W.?

6         A    For the most part, I work at Strokers,

7    security at Strokers for two years, and now I work at

8    this place called Dream Girls, security.

9         Q    Is Dream Girls a club?

10        A    Adult entertainment.

11        Q    When did you stop working Strokers and

12   start working at Dream Girls?

13        A    I stopped working at Strokers like March

14   of 2001 and in between there I worked at Club Nicky's

15   and the Gentlemen's Club before I started working at

16   Dream Girls.  But those two clubs closed down so now I

17   work at Dream Girls.

18        Q    So from early '99 to approximately

19   March 2001 you were at Strokers?

20        A    Yes.

21        Q    Okay.  Any other jobs you have had since

22   you stopped training at W.C.W.?

23        A    No.

24        Q    How much did you make at Strokers

25   security?

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DARRON EASTERLING,                    )
                                      )
                  Plaintiff,          )
                                      )        CIVIL ACTION FILE
v.                                    )
                                      )        NO. 1:00-CV-1715-CC
WORLD CHAMPIONSHIP WRESTLING, INC.,)
TURNER SPORTS, INC. and TURNER        )
BROADCASTING SYSTEM, INC.,            )
                                      )
                  Defendants.         )

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of
this **APPENDIX OF DEPOSITION EXCERPTS** upon the interested parties
by hand delivery to:

> Cary Ichter
> Kelly Jean Beard
> Charles Gernazian
> Michelle M. Rothenberg-Williams
> MEADOWS, ICHTER AND BOWERS, P.C.
> Fourteen Piedmont Center, Suite 1100
> 3535 Piedmont Road
> Atlanta, GA  30305

This 30th day of January, 2003.

> Evan H. Pontz
> TROUTMAN SANDERS LLP
> Suite 5200, Bank of America Plaza
> 600 Peachtree Street, N.E.
> Atlanta, GA  30308-2216
> (404) 885-3000

1108347_1.DOC